IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-02562-RPM

ROBERT N. BETTENHAUSEN, as parent and next friend of
MATTHEW V. BETTENHAUSEN,

                Plaintiff,

v.

RONALD E. KRAMER, M.D., and
MOUNTAIN STATES NEUROLOGY, P.C.,

                Defendants.

**Minute Order Entered by Senior District Judge Richard P. Matsch:**


s/M.V. Wentz
 Secretary


     Pursuant to the Notice of Substitution of Co-Counsel (Doc. #37) the Clerk is directed to turn off electronic notice to Peggy E. Kozal.



Dated:  April 6, 2006