IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02562-RPM-CBS

ROBERT N. BETTENHAUSEN, as conservator of
MATTHEW V. BETTENHAUSEN,

    Plaintiff,

v.

RONALD E. KRAMER, M.D. and
MOUNTAIN STATES NEUROLOGY, P.C., d/b/a COLORADO NEUROLOGY, P.C.,

    Defendants.

## ORDER RE: MOTION TO WITHDRAW

THIS MATTER is before the Court on Molly A. Walsh's Motion to Withdraw as counsel for Defendants, Ronald E. Kramer, M.D. and Mountain States Neurology, P.C., d/b/a Colorado Neurology, P.C.

ORDERED that Molly A. Walsh's Motion to Withdraw is **GRANTED**.

Dated this 30th day of May, 2006.

                BY THE COURT:

                s/ Richard P. Matsch
                United States District Court Judge