IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-02562-RPM

ROBERT N. BETTENHAUSEN, as parent and next friend of
MATTHEW V. BETTENHAUSEN,

        Plaintiff,

v.

RONALD E. KRAMER, M.D. and
MOUNTAIN STATES NEUROLOGY, P.C.,

        Defendant.

---

## ORDER

---

      Based on the representations made by counsel in defendants' Expedited Motion to Compel Compliance with this Court's May 24, 2006 Order, filed on May 26, 2006, and plaintiff's response, filed on June 15, 2006, it is

      ORDERED that the Expedited Motion to Compel (Doc. #68-1) is denied.

      Dated: June 22nd , 2006

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____

                              Richard P. Matsch, Senior District Judge