IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-02562-RPM

ROBERT N. BETTENHAUSEN, as parent and next friend of
MATTHEW V. BETTENHAUSEN,

        Plaintiff,

v.

RONALD E. KRAMER, M.D. and
MOUNTAIN STATES NEUROLOGY, P.C.,

        Defendant.

---

### ORDER DENYING DEFENDANTS' MOTION FOR COST BOND

---

Upon review of the Defendants' Motion for Cost Bond, filed July 3, 2006, it is

ORDERED that the motion is denied.

Dated: July 27th, 2006

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____
                                Richard P. Matsch, Senior District Judge