IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:04-CV-02562-RPM

ROBERT N. BETTENHAUSEN, as parent, next friend and conservator of
MATTHEW V. BETTENHAUSEN,

       Plaintiff,

  vs.

RONALD E. KRAMER, M.D. and MOUNTAIN STATES NEUROLOGY, P.C. d/b/a
COLORADO NEUROLOGY, P.C.
       Defendants.

_____

**ORDER RE:  STIPULATED MOTION TO MODIFY SCHEDULING ORDER**
_____

      THIS MATTER having come before the Court on the Stipulated Motion to Modify Scheduling Order, and finding good cause, hereby grants the requested relief.

      IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Court hereby modifies the Third Amended Scheduling Order and grants Plaintiff a two-week extension of time, up to and including September 4, 2006 to designate expert witnesses and

      IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Court further modifies the Third Amended Scheduling Order and grants Defendants a two-week extension of time, up to and including October 9, 2006, to designate expert witnesses.

      DATED: August 22nd , 2006

                                               s/Richard P. Matsch
                                               _____
                                               Senior U. S. District Judge