IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-02562-RPM

ROBERT N. BETTENHAUSEN, as parent and next friend of
MATTHEW V. BETTENHAUSEN,

            Plaintiff,

v.

RONALD E. KRAMER, M.D. and
MOUNTAIN STATES NEUROLOGY, P.C.,

            Defendant.

_____

ORDER RESCHEDULING TRIAL
_____

        Due to a conflict on the Court's calendar, it is

        ORDERED that the October 30, 2006, trial date is vacated and the trial to jury is

**rescheduled for June 11, 2007, at 9:00 a.m., with counsel to be present at 8:30**

**a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White

United States Courthouse, 1823 Stout Street, Denver, Colorado.  Trial procedures may

be found at **www.cod.uscourts.gov/judges_frame.htm.**

        Dated: October 16th , 2006

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge