IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-02562-RPM

ROBERT N. BETTENHAUSEN, as parent and next friend of
MATTHEW V. BETTENHAUSEN,

        Plaintiff,

v.

RONALD E. KRAMER, M.D. and
MOUNTAIN STATES NEUROLOGY, P.C.,

        Defendant.

---

ORDER WITHDRAWING ORDER RESCHEDULING TRIAL

---

        The Order Rescheduling Trial dated October 16, 2006, having been entered in error, it is

        ORDERED that the Order Rescheduling Trial (Doc. #107) is withdrawn.

        Dated: October 17th , 2006

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____

                            Richard P. Matsch, Senior District Judge