# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.: 04-cv-02562-RPM-CBS** | **FTR** - Reporter Deck, Crtrm A501 |
| **Date: October 25, 2006** | Courtroom Deputy, Ellen E. Miller |

ROBERT N. BETTENHAUSEN,                                   Daniel A. Lipman

    **Plaintiff(s),**

    v.

ROBERT E. KRAMER, and
MOUNTAIN STATES NEUROLOGY, P.C.,            Christopher K. Miller

    **Defendant(s).**

## COURTROOM   MINUTES / MINUTE   ORDER

**HEARING:**    STATUS   CONFERENCE / MOTIONS   HEARING
**Court in Session:**   3:00  p.m.
Court calls case. Appearance of counsel. This hearing is held in Courtroom A-501.

Discussion is held regarding the documents that were submitted to the Court for *in camera* review.

Mr. Lipman will contact chamber   (303) 844-2117 with information regarding the purpose of prescribing a particular medication.

No later than noon Monday, October 30, 2006, Plaintiff shall provide the documents which were noted by the Court as either improperly withheld or redacted. Those documents which the Court has not referred to specifically on the record are deemed properly withheld or redacted.

The Court will keep the notebooks which were provided by counsel as "Disclosed" and "Undisclosed" documents.

**It is ORDERED:**   Defendants' MOTION TO COMPEL PRODUCTION OF DOCUMENTS (Docket No. **76,** filed July 19, 2006) is **GRANTED IN PART AND DENIED IN PART** for reasons as set forth on the record.

As to sanctions, no fees or costs are awarded.

*04-02562-RPM-CBS*
*Status Conference/Motions Hearing*
*October 25, 2006*

Mr. Miller notes defendants have requested copies of expert    file(s)   to review before the deposition which is scheduled in the near future.
Mr. Lipman notes the file has been requested but has not been provided yet.

Mr. Miller notes there have been difficulties in obtaining a firm commitment for the deposition of Dr. Black.

Discussion is held regarding two letters from Dr. Chesen, only one of which has been received by Mr. Miller.

The Court requests a transcript.

HEARING CONCLUDES.

**Court in recess:**    5:01   p.m.
Total In-Court Time:    02:01