IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:04-cv-02562-RPM

ROBERT N. BETTENHAUSEN as Conservator for
MATTHEW V. BETTENHAUSEN

      Plaintiff,

  vs.

RONALD E. KRAMER, M.D. and
MOUNTAIN STATES NEUROLOGY, P.C. d/b/a COLORADO NEUROLOGY, P.C.
      Defendants.

---

## ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF DR. JOHN S. MEYER AND DR. JAMES O'DONNELL

---

THIS MATTER having come before the Court on Plaintiff's Second Motion for Extension of Time to Respond to Defendants' Motion to Exclude Testimony of Dr. John S. Meyer and Dr. James O'Donnell, and the Court having reviewed the Motion and finding good cause, hereby grants the requested relief.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff shall have up to and including March 26, 2007 to file his Response to Defendants' Motion to Exclude Testimony of Dr. John S. Meyer and Dr. James O'Donnell.

March 6, 2007

By: _____
        THE COURT