**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 04-cv-02562-RPM-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: May 2, 2007** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| ROBERT N. BETTENHAUSEN, as parent and next friend of MATTHEW V. BETTENHAUSEN, | Daniel Lipman<br>James E. Puga |
| **Plaintiff,** | |
| v. | |
| RONALD E. KRAMER, M.D., and MOUNTAIN STATES NEUROLOGY, P.C., | Christopher K. Miller |
| **Defendants.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: MOTIONS HEARING**
**Court in Session:** 10:04 a.m.
Court calls case.  Appearances of counsel.

Counsel present arguments regarding Defendants' Fourth Motion to Compel Production of Documents [filed March 9, 2007; doc. 147].

**ORDERED:** Defendants' Fourth Motion to Compel Production of Documents [filed March 9, 2007; doc. 147] is denied for the reasons stated on the record.

**ORDERED:** Plaintiff's counsel shall identify and organize all non-privileged documents responsive to defendants' discovery requests, and defendants' counsel may go to plaintiff's counsel's office to review the documents.

**ORDERED:** Plaintiff's counsel shall send follow-up letters to third parties to confirm that all requested documents have been provided within seventy-two (72) hours. Plaintiff's counsel shall provide copies of all responses to defendants' counsel.

HEARING CONCLUDED.

**Court in Recess:** 12:23 p.m.
Total In-Court Time:    02:19