IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 04-cv-02562-RPM

ROBERT N. BETTENHAUSEN, as parent and next friend of
MATTHEW V. BETTENHAUSEN,

        Plaintiff,

v.

RONALD E. KRAMER, M.D., and
MOUNTAIN STATES NEUROLOGY, P.C.

        Defendants,

## ORDER VACATING ORDER OF REFERENCE

By order dated August 29, 2006, discovery disputes in this civil action were referred to Magistrate Judge Craig B. Shaffer. Upon review of the pending motions, which relate to the evidence to be presented at trial, it appears that economic use of judicial resources would be promoted by vacating the order of reference. Accordingly, it is

ORDERED that the order of reference [doc. 91] is vacated.

Dated: May 25, 2007

                              BY THE COURT:

                              s/Richard P. Matsch

                              Richard P. Matsch, Senior District Judge