IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 04-cv-02562-RPM

ROBERT N. BETTENHAUSEN, as parent and next friend of
MATTHEW V. BETTENHAUSEN,

    Plaintiff,

v.

RONALD E. KRAMER, M.D., and
MOUNTAIN STATES NEUROLOGY, P.C.

    Defendants,

ORDER SETTING MOTIONS HEARING

Upon review of the motions pending in this action, it is

ORDERED that a hearing will be convened on July 26, 2007, at 9:30 a.m., in Courtroom A, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado, to hear legal arguments on the following motions: (1) defendants' motion [doc. 120] to exclude testimony of James O'Donnell for lack of qualifications and reliability; (2) defendants' motion [doc. 122] to exclude testimony of John S. Meyer, M.D. for lack of qualifications and reliability; (3) defendants' motion [doc. 128] to exclude testimony of Eli S. Chesen, M.D. for lack of qualifications; (4) defendants' motion [doc. 129] to strike John S. Meyer as expert for failure to provide complete testimony history; (5) defendants' motion [doc. 130] to strike James O'Donnell as expert for failure to provide testimony history; (6) plaintiff's motion [doc. 132] for protective order precluding the deposition of Matthew Bettenhausen; (7) defendants' motion [doc. 146] for

leave to conduct an independent medical examination of Matthew Bettenhausen pursuant to Fed. R. Civ. P. 35, and (8) plaintiff's motion [doc. 175] to strike defendants' non-retained expert's opinions on standard of care.  This hearing will be confined to arguments of counsel.  It is

FURTHER ORDERED that the defendants' unopposed motion [doc. 154] for leave to file a surresponse to plaintiff's motion for protective order precluding the deposition of Matthew Bettenhausen is granted, and it is

FURTHER ORDERED that the defendants' motion [doc. 172] to supplement citation of authority in support of defendants' motions to exclude testimony of John S. Meyer, M.D. and James O'Donnell for lack of qualifications and reliability is granted.

Dated: June 28th, 2007

BY THE COURT:

s/Richard P. Matsch

Richard P. Matsch, Senior District Judge