**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
Senior District Judge Richard P. Matsch

Date:                  July 26, 2007
Courtroom Deputy:      J. Chris Smith
FTR Technician:        Kathy Terasaki

_____

Civil Action No. 04-cv-02562-RPM

ROBERT N. BETTENHAUSEN, as conservator for                James E. Puga
MATTHEW V. BETTENHAUSEN,

     Plaintiff,

v.

RONALD E. KRAMER, M.D., and                               Christopher K. Miller
MOUNTAIN STATES NEUROLOGY, P.C.,
d/b/a Colorado Neurology, P.C.,

     Defendants.
_____

**COURTROOM MINUTES**
_____

**Motions Hearing**

**9:28 a.m.        Court in session.**

Court's preliminary remarks.

Mr. Puga states parties have resolved the case and advises Court of the general terms of the agreement, the details being confidential.

Mr. Puga further states a stipulation for dismissal will be filed upon approval of the probate court.

Mr. Miller states terms were stated correctly and adds an additional agreed term not stated.

**ORDERED:   All pending motions [120], [122], [128], [129], [130], [132], [146] and [175] are moot.**

**9:33 a.m.        Court in recess.**

Hearing concluded.  Total time: 5 min.