IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 04-cv-02562-RPM

ROBERT N. BETTENHAUSEN, as parent and next friend of
MATTHEW V. BETTENHAUSEN,

        Plaintiff,

v.

RONALD E. KRAMER, M.D. and
MOUNTAIN STATES NEUROLOGY, P.C.,

        Defendant.

---

## ORDER OF DISMISSAL

---

Pursuant to the Stipulated Motion for Dismissal with Prejudice [184] filed on March 18, 2008, it is

ORDERED that the complaint and action are dismissed with prejudice, each party to pay their own costs and attorney's fees.

Dated: March 19th, 2008.

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge